IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CASSANDRA NEWBERN, individually**
**and on behalf of J.B., a minor**                                                                                  **PLAINTIFF**

**VS.**                                                             **CIVIL ACTION NO. 3:24cv283-MPM-RP**

**DESOTO COUNTY SCHOOL DISTRICT, et al.**                                         **DEFENDANTS**

**ORDER**

In a January 28, 2025 order in the above-entitled action, Magistrate Judge Percy wrote that

> [I]t is apparent from the docket in this case that the plaintiff is a prolific filer of motions, giving the appearance that she may be filing motions just for the sake of filing motions, which will do little to advance her cause and is a drain on the court's resources. The plaintiff is warned against abusing the judicial process by clogging the court's docket with frivolous motions such as the present one.

[Docket entry 87-1]. Even a cursory review of the docket leads inescapably to the conclusion that the *pro se* plaintiff has, in fact, filed a dramatically larger number of motions than is typical or appropriate for a case of this nature. This court further notes that, on January 21, 2025, Judge Percy entered an order staying this case pending a ruling on immunity-related defenses, but this has not hindered plaintiff's zeal for filing motions in the slightest. This court has a large number of motions which were filed before the qualified immunity defense in this case, and, that being the case, this case may be stayed for several months to come. In the meantime, this court will not permit plaintiff to unduly burden Judge Percy and his staff with unnecessary and burdensome motions.

1

In light of the foregoing, this court will, effective immediately, enter a more extensive stay which bars plaintiff from filing any further motions pending a ruling on the immunity defenses in this case. Judge Percy is requested to enter an order striking any future motions which violate this stay unless, in his judgment, special circumstances exist which dictate otherwise. Moreover, this court will personally rule upon any currently pending motions, including plaintiff's request for immunity-related discovery, when it rules upon the pending motions to dismiss. Those motions may be un-referred accordingly.

This, the 19th day of February, 2025.

    /s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI